686 A.2d 1192

IN THE MATTER OF IRWIN RAVIN, AN ATTORNEY AT LAW.

January 17, 1997.

## ORDER

The Disciplinary Review Board on September October 11, 1996, having filed with the Court its decision concluding that as a matter of reciprocal discipline based on discipline imposed in the State of Alaska for his conduct in two matters, **IRWIN RAVIN** of **HOMER, ALASKA,** who was admitted to the bar of this State in 1966, should be suspended from the practice of law for a period of six months, and good cause appearing;

It is ORDERED that **IRWIN RAVIN** is hereby suspended from the practice of law for a period of six months, effective immediately, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.